**David MCKINNEY, Petitioner—Appellant,**

v.

**INTERNAL REVENUE SERVICE, Respondent—Appellee.**

No. 07–1471.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 22, 2007.

David McKinney, Petitioner Pro Se. Patricia McDonald Bowman, Andrea R. Tebbets, Eileen J. O'Connor, Assistant Attorneys General, United States Department of Justice, Washington, D.C., for Respondent.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David McKinney appeals the tax court's order sustaining the Commissioner's collection activities with respect to McKinney's 1994–1998 federal income tax liability. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the tax court. *McKinney v. IRS,* No. 7077–06L (U.S. Tax Ct. Feb. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*